## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

GOVERNMENT EMPLOYEES INSURANCE COMPANY,
as Insurer of RAYMOND EDWARD
SHEA and PAULINE D. SHEA,

     Plaintiffs,

vs.               Case No. _____

RAYMOND EDWARD SHEA and PAULINE D. SHEA; UNIVERSITY OF SOUTH ALABAMA UNIVERSITY HOSPITAL; USA HEALTH UNIVERSITY HOSPITAL; USA NEUROLOGY SPECIALISTS; USA NEUROSURGERY SPECIALISTS; SHANI K. NORBERG, M.D.; SPRINGHILL PHYSICIANS PRACTICES; BRANDI PARLEE; UNIVERSITY OF SOUTH ALABAMA HOSPITAL; LIFEGUARD AMBULANCE SERVICE, LLC.; NATALYA V. BULAEVA, MD; GENEVA L. TONUZI, MD; PARESH LALCHETA, MD; MICHELLE SCOTT, ARNP; DEBORAH DAVIS, ARNP; KRISTIN DONOR, ARNP; BRIAN YORKGITIS, DO; AMANDA B. PEACOCK, ACNP; MARGARET E. SEYMOUR, MD PA; KAI J. RODNING, MD ; KEISHA SMITH-READ, MD; LAUREN ROBERTS, MS, LPC; SPRINGHILL MEDICAL CENTER ANESTHESIA DEPARTMENT; RONALD BROOKS, M.S.W.; MARK B. WALL, MD PA; PATRICIA M. JACKSON, MD, LLC; BULAEVA NATALYA, MD; BROOKS REHABILITATION HOSPITAL; ASAP EMS CORPORATION; UNIVERSITY OF FLORIDA JACKSONVILLE PHYSICIANS, INC.; DEPARTMENT OF VETERAN AFFAIRS; HUMANA; UNIVERSITY OF FLORIDA HEALTH; USA SOUTHFLIGHT; MEDICARE; TRICARE; BRAD A. STEFFLER, MD; DEPARTMENT OF VETERANS AFFAIRS; SARAH BECKWITH, PhD; GABRIELLE AUSTGEN, MD; SUZANNE D. LOPEZ, MPH, RD; JOSEPH ROYS, MD; SALLY ANN HOLMES, MD; MARGARET H. MOWRY, MD; ROBERT B. PARKE, MD; NINA RIORDAN, MD; HERB AMES, PhD; SAMUEL L. ATTIA, MD; INESSA KALINOVSKAYA-RAMSEY, MD; CAROL Y. CHIANG, MD; MERIT HEALTH HOSPITAL-BILOXI; BAPTIST MEDICAL CENTER OF JACKSONVILLE; GENESIS REHABILITATION HOSPITAL, INC.; WISCONSIN PHYSICIANS SERVICES; KATHRYN C. PRIFTI, ARNP; CAMELLIA HOME HEALTH OF ALABAMA, LLC; BRENT S. MARTIN; ANTHONY M. MARTINO; JON D. SIMMONS; LINDA DING; DEPARTMENT OF NAVY JAG OFFICE; TALHA MAHMUT KANER, MD; WALTER WADE; RUSSELL DEAN BROWN, PT, DPT; NICHOLAS JOSEPH PASTOREK, MD; KIIMBERLY K. WOODS; DR. PHAM MINH, MD; DR. JOHN ISAAC; DR. BARBARA C. SCHROEDER; TU-ANH N. HA; CRYSTAL D. THOMAS, MD; PHYSICAL MEDICINE SPECIALISTS, INC.; ST. VINCENT'S SPINE & BRAIN INSTITUTE; ROCKY MOUNTAIN HOLDINGS, LLC; ROSA E. RAMOS-MARTINEZ, MD; USA RADIOLOGY; DR. MARGARET H. MALLORY; SPECIALTY CARE IN BRENTWOOD TENNESSEE; USA HEALTH

PHYSICIANS BILLING SERVICES, LLC; UF HEALTH SURGERY-JACKSONVILLE; THE HEALING CENTER OF JACKSONVILLE; PIERCE CHIROPRACTIC AND REHABILITATION-JACKSONVILLE; BAPTIST MEDICAL CENTER BEACHES; DR. KEISHA SMITH-REED; MEMORIAL HOSPITAL JACKSON; THE MAYO CLINIC JACKSON; MEMORIAL HOSPITAL JACKSON; OPTUM UNITED HEALTH CARE; CENTERS FOR MEDICARE AND MEDICAID SERVICES; AIRMETHODS CORPORATION; MASTIN SURGICAL SPECIALISTS; CHARLES C. BUTTS, M.D; SHIKHA GUPTA, M.D.; YANN-LEE L. LEE, M.D.; GEORGE REGIONAL HOSPITAL; GEORGE REGIONAL HEALTH SYSTEMS FOUNDATION; NORTH FLORIDA PRIMARY ASSOCIATES, LLC; BROOKS REHABILITATION CLINICAL RESEARCH CENTER, INC; PHYSICIANS ONLINE, INC.; OPTUM HEALTH CARE SOLUTIONS, LLC; UNITED HEALTH CARE OF ALABAMA, INC.; HUMANA MILITARY – TRICARE HEALTH PLAN; C2C INNOVATIVE SOLUTIONS QIC PART A EAST APPEALS; and fictitious Defendants A through Z, those individuals or entities claim an interest in the subject insurance policy as a result of payments made for medical care provided Raymond Shea and/or Pauline Shea,

    Defendants.

---

## COMPLAINT AND INTERPLEADER
## AND REQUEST FOR DECLARATORY RELIEF

---

COMES NOW, Plaintiff/Stakeholder Government Employees Insurance Company, as insurer of Raymond Edward Shea and Pauline D. Shea, by and through their undersigned attorneys, and files this Complaint and Interpleader and Request for Declaratory Relief and hereby deposits the entirety of its available liability insurance proceeds for all claims arising out of the accident described below, the amount being a total of THREE HUNDRED THOUSAND and 00/100 DOLLARS ($300,000.00), and in support thereof shows unto the Court the following:

1.    Stakeholder, Government Employees Insurance Company, is an insurance company qualified to do business in the State of Alabama.

2.     Upon information and belief, Defendant Raymond Edward Shea is a resident citizen of George County, Mississippi.

3.     Upon information and belief, Defendant Pauline D. Shea is a resident citizen of George County, Mississippi.

4.     Upon information and belief, Defendant UNIVERSITY OF SOUTH ALABAMA UNIVERSITY HOSPITAL, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

5.     Upon information and belief, Defendant USA HEALTH UNIVERSITY HOSPITAL, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

6.     Upon information and belief, Defendant USA NEUROLOGY SPECIALISTS, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

7.     Upon information and belief, Defendant USA NEUROSURGERY SPECIALISTS, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

8.     Upon information and belief, Defendant SHANI K. NORBERG, M.D., is a corporate and/or business claimant doing business in the State of

Minnesota, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

9.    Upon information and belief, Defendant BRANDI L. PARLEE, MSN, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

10.    Upon information and belief, Defendant UNIVERSITY OF SOUTH ALABAMA MEDICAL CENTER, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

11.    Upon information and belief, Defendant SPRINGHILL PHYSICIANS PRACTICES, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

12.    Upon information and belief, Defendant UNIVERSITY OF SOUTH ALABAMA HOSPITAL, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

13.    Upon information and belief, Defendant LIFEGUARD AMBULANCE SERVICE, LLC, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

14.    Upon information and belief, Defendant NATALYA V. BULAVEVA, MD, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

15.    Upon information and belief, Defendant GENEVA L. TONUZI, M.D., is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

16.    Upon information and belief, Defendant PARESH LALCHETA, MD, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

17.    Upon information and belief, Defendant MICHELLE SCOTT, ARNP, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

18.    Upon information and belief, Defendant DEBORAH DAVIS, ARNP, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

19.    Upon information and belief, Defendant KRISTIN DONOR, ARNP, is a corporate and/or business claimant doing business in the State of Florida, and

may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

20.    Upon information and belief, Defendant BRIAN YORKGITIS, DO, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

21.    Upon information and belief, Defendant AMANDA B. PEACOCK, ACNP, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

22.    Upon information and belief, Defendant MARGARET E. SEYMOUR, MD PA, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

23.    Upon information and belief, Defendant KEISHA SMITH-READ, MD, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

24.    Upon information and belief, Defendant LAUREN ROBERTS, MS, LPC, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

25.    Upon information and belief, Defendant KAI J. RODNING, MD, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

26.    Upon information and belief, Defendant SPRINGHILL MEDICAL CENTER ANESTHESIA DEPARTMENT, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

27.    Upon information and belief, Defendant RONALD BROOKS, M.S.W., is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

28.    Upon information and belief, Defendant MARK B. WALL, MD PA, is a corporate and/or business claimant doing business in the State of Mississippi, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

29.    Upon information and belief, Defendant PATRICIA M. JACKSON, MD, LLC, is a corporate and/or business claimant doing business in the State of Louisiana, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

30.    Upon information and belief, Defendant BROOKS REHABILITATION HOSPITAL, is a corporate and/or business claimant doing business in the State

of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

31.    Upon information and belief, Defendant ASAP EMS CORPORATION, is a corporate and/or business claimant doing business in the State of Mississippi, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

32.    Upon information and belief, Defendant UNIVERSITY OF FLORIDA JACKSONVILLE PHYSICIANS, INC., is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

33.    Upon information and belief, Defendant DEPARTMENT OF VETERAN AFFAIRS, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

34.    Upon information and belief, Defendant HUMANA, is a corporate and/or business claimant doing business in the State of Kentucky, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

35.    Upon information and belief, Defendant UNIVERSITY OF FLORIDA HEALTH, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

36.    Upon information and belief, Defendant USA SOUTHFLIGHT, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

37.    Upon information and belief, Defendant MEDICARE, is a corporate and/or business claimant doing business in the State of Kansas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

38.    Upon information and belief, Defendant TRICARE, is a corporate and/or business claimant doing business in the State of Mississippi, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

39.    Upon information and belief, Defendant BRAD A. STEFFLER, MD., is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

40.    Upon information and belief, Defendant DEPARTMENT OF VETERAN AFFAIRS, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

41.    Upon information and belief, Defendant SARAH BECKWITH, PhD, is a corporate and/or business claimant doing business in the State of Texas,

and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

42.    Upon information and belief, Defendant GABRIELA AUSTGEN, MD., is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

43.    Upon information and belief, Defendant SUZANNE D. LOPEZ, MPH, RD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

44.    Upon information and belief, Defendant JOSEPH ROYS, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

45.    Upon information and belief, Defendant SALLY ANN HOLMES, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

46.    Upon information and belief, Defendant MARGARET H. MOWRY, MD, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

47.    Upon information and belief, Defendant ROBERT B. PARKE, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

48.    Upon information and belief, Defendant NINA RIORDAN, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

49.    Upon information and belief, Defendant HERB AMES, PhD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

50.    Upon information and belief, Defendant SAMUEL L. ATTIA, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

51.    Upon information and belief, Defendant INESSA KALINOVSKAYA-RAMSEY, MD., is a corporate and/or business claimant doing business in the State of Mississippi, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

52.    Upon information and belief, Defendant CAROL Y. CHIANG, MD is a corporate and/or business claimant doing business in the State of Texas, and

may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

53.     Upon information and belief, Defendant MERIT HEALTH HOSPITAL-BILOXI, is a corporate and/or business claimant doing business in the State of Mississippi, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

54.     Upon information and belief, Defendant BAPTIST MEDICAL CENTER OF JACKSONVILLE, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

55.     Upon information and belief, Defendant GENESIS REHABILITATION HOSPITAL, INC., is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

56.     Upon information and belief, Defendant WISCONSIN PHYSICIANS SERVICE, is a corporate and/or business claimant doing business in the State of Wisconsin, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

57.     Upon information and belief, Defendant KATHRYN C. PRIFTI, ARNP, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

58.    Upon information and belief, Defendant CAMELLIA HOME HEALTH OF ALABAMA, LLC, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

59.    Upon information and belief, Defendant SARAH BECKWITH, PhD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

60.    Upon information and belief, Defendant GABRIELLE AUSTGEN, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

61.    Upon information and belief, Defendant SUZANNE D. LOPEZ, MPH, RD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

62.    Upon information and belief, Defendant JOSEPH ROYS, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

63.    Upon information and belief, Defendant SALLY ANN HOLMES, MD, is a corporate and/or business claimant doing business in the State of Texas,

and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

64.    Upon information and belief, Defendant MARGARET H. MOWRY,MD, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

65.    Upon information and belief, Defendant ROBERT B. PARKE, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

66.    Upon information and belief, Defendant NINA RIORDAN, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

67.    Upon information and belief, Defendant HERB AMES, PhD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

68.    Upon information and belief, Defendant SAMUEL L. ATTIA, MD, is a corporate and/or business claimant doing business in the State of Mississippi, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

69.    Upon information and belief, Defendant INESSA KALINOVSKAYA-RAMSEY, MD, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

70.    Upon information and belief, Defendant CAROL Y. CHIANG, MD, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

71.    Upon information and belief, Defendant MERIT HEALTH HOSPITAL-BILOXI, is a corporate and/or business claimant doing business in the State of Mississippi, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

72.    Upon information and belief, Defendant BAPTIST MEDICAL CENTER OF JACKSONVILLE, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

73.    Upon information and belief, Defendant GENESIS REHABILITATION HOSPITAL, INC., is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

74.    Upon information and belief, Defendant WISCONSIN PHYSICIANS SERVICES, is a corporate and/or business claimant doing business in the State

of Wisconsin, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

75.     Upon information and belief, Defendant KATHRYN C. PRIFTI, ARNP, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

76.     Upon information and belief, Defendant JON D. SIMMONS, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

77.     Upon information and belief, Defendant LINDA DING, is a corporate and/or business claimant doing business in the State of Washington, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

78.     Upon information and belief, Defendant DEPARTMENT OF NAVY JAG OFFICE, is a corporate and/or business claimant doing business in the State of Washington, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

79.     Upon information and belief, Defendant TALHA MAHMUT KANER, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

80.    Upon information and belief, Defendant WALTER H. WADE, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

81.    Upon information and belief, Defendant RUSSELL DEAN BROWN, PT, DPT, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

82.    Upon information and belief, Defendant NICHOLAS JOSEPH PASTOREK, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

83.    Upon information and belief, Defendant KIIMBERLY K. WOODS, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

84.    Upon information and belief, Defendant DR. PHAM MINH, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

85.    Upon information and belief, Defendant DR. JOHN ISSAC, is a corporate and/or business claimant doing business in the State of Texas, and

may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

86.    Upon information and belief, Defendant DR. BARBARA C. SCHROEDER, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

87.    Upon information and belief, Defendant TU-ANH N. HA, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

88.    Upon information and belief, Defendant CRYSTAL D. THOMAS, MD, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

89.    Upon information and belief, Defendant PHYSICAL MEDICINE SPECIALISTS, INC., is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

90.    Upon information and belief, Defendant ST. VINCENT'S SPINE & BRAIN INSTITUTE, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

91.    Upon information and belief, Defendant ROCKY MOUNTAIN HOLDINGS, LLC, is a corporate and/or business claimant doing business in the State of Ohio, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

92.    Upon information and belief, Defendant ROSA E. RAMOS-MARTINEZ, M.D, is a corporate and/or business claimant doing business in the State of Texas, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

93.    Upon information and belief, Defendant USA RADIOLOGY, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

94.    Upon information and belief, Defendant SPECIALTY CARE IN BRENTWOOD TENNESSEE, is a corporate and/or business claimant doing business in the State of Tennessee, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

95.    Upon information and belief, Defendant USA HEALTH PHYSICIANS BILLING SERVICES, LLC, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

96.    Upon information and belief, Defendant UF HEALTH SURGERY - JACKSONVILLE, is a corporate and/or business claimant doing business in the

State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

97.    Upon information and belief, Defendant THE HEALING CENTER OF JACKSONVILLE, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

98.    Upon information and belief, Defendant PIERCE CHIROPRACTIC AND REHABILITATION – JACKSONVILLE, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

99.    Upon information and belief, Defendant BAPTIST MEDICAL CENTER BEACHES, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

100.    Upon information and belief, Defendant MEMORIAL HOSPITAL JACKSON, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

101.    Upon information and belief, Defendant THE MAYO CLINIC JACKSON, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

102.   Upon information and belief, Defendant MEMORIAL HOSPITAL JACKSON, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

103.   Upon information and belief, Defendant OPTUM UNITED HEALTH CARE, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

104.   Upon information and belief, Defendant CENTERS FOR MEDICARE AND MEDICAID SERVICES, is a corporate and/or business claimant doing business in the State of Maryland, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

105.   Upon information and belief, Defendant AIRMETHODS CORPORATION, is a corporate and/or business claimant doing business in the State of Colorado, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

106.   Upon information and belief, Defendant MASTIN SURGICAL SPECIALISTS, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

107.   Upon information and belief, Defendant CHARLES C. BUTTS, M.D., is a corporate and/or business claimant doing business in the State of Alabama,

and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

108.    Upon information and belief, Defendant SHIKHA GUPTA, M.D., is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

109.    Upon information and belief, Defendant YANN-LEE L. LEE M.D. , is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

110.    Upon information and belief, Defendant GEORGE REGIONAL HOSPITAL, is a corporate and/or business claimant doing business in the State of Mississippi, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

111.    Upon information and belief, Defendant GEORGE REGIONAL HEALTH SYSTEM FOUNDATION, is a corporate and/or business claimant doing business in the State of Mississippi, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

112.    Upon information and belief, Defendant NORTH FLORIDA PRIMARY ASSOCIATES, LLC, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

113.   Upon information and belief, Defendant BROOKS REHABILITATION CLINICAL RESEARCH CENTER, INC, is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

114.   Upon information and belief, Defendant PHYSICIANS ONLINE, INC., is a corporate and/or business claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

115.   Upon information and belief, Defendant OPTUM HEALTH CARE SOLUTIONS, LLC, is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

116.   Upon information and belief, Defendant UNITED HEALTHCARE OF ALABAMA, INC., is a corporate and/or business claimant doing business in the State of Alabama, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

117.   Upon information and belief, Defendant HUMANA MILITARY – TRICARE HEALTH PLAN, is a corporate and/or business claimant doing business in the State of Kentucky, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

118.   Upon information and belief, Defendant C2C INNOVATIVE SOLUTIONS QIC PART A EAST APPEALS, is a corporate and/or business

claimant doing business in the State of Florida, and may claim an interest in the subject insurance policy proceeds arising from the accident described herein.

119.  Upon information and belief, Defendants A through Z, persons or entities whose identities are not presently known having an interest in or claiming an interest in the subject policy proceeds arising from the accident described herein as a result of payment made to or on behalf of Raymond Shea or Pauline Shea for medical care.

120.  This action arises out of an automobile accident which occurred on June 23, 2020, on Holmes Street in George County, Mississippi. The collision involved a phantom vehicle and a bicycle operated by Raymond Edward Shea.

121.  Upon information and belief, RAYMOND EDWARD SHEA and PAULINE D. SHEA; UNIVERSITY OF SOUTH ALABAMA UNIVERSITY HOSPITAL; USA HEALTH UNIVERSITY HOSPITAL; USA NEUROLOGY SPECIALISTS; USA NEUROSURGERY SPECIALISTS; SHANI K. NORBERG, M.D.; SPRINGHILL PHYSICIANS PRACTICES; BRANDI PARLEE; UNIVERSITY OF SOUTH ALABAMA HOSPITAL; LIFEGUARD AMBULANCE SERVICE, LLC.; NATALYA V. BULAEVA, MD; GENEVA L. TONUZI, MD; PARESH LALCHETA, MD; MICHELLE SCOTT, ARNP; DEBORAH DAVIS, ARNP; KRISTIN DONOR, ARNP; BRIAN YORKGITIS, DO; AMANDA B. PEACOCK, ACNP; MARGARET E. SEYMOUR, MD PA; KAI J. RODNING, MD ; KEISHA SMITH-READ, MD; LAUREN ROBERTS, MS, LPC; SPRINGHILL MEDICAL CENTER ANESTHESIA DEPARTMENT; RONALD BROOKS, M.S.W.; MARK B. WALL, MD PA; PATRICIA M. JACKSON, MD, LLC; BULAEVA NATALYA, MD; BROOKS REHABILITATION HOSPITAL; ASAP EMS

CORPORATION; UNIVERSITY OF FLORIDA JACKSONVILLE PHYSICIANS, INC.; DEPARTMENT OF VETERAN AFFAIRS; HUMANA; UNIVERSITY OF FLORIDA HEALTH; USA SOUTHFLIGHT; MEDICARE; TRICARE; BRAD A. STEFFLER, MD; DEPARTMENT OF VETERANS AFFAIRS; SARAH BECKWITH, PhD; GABRIELLE AUSTGEN, MD; SUZANNE D. LOPEZ, MPH, RD; JOSEPH ROYS, MD; SALLY ANN HOLMES, MD; MARGARET H. MOWRY, MD; ROBERT B. PARKE, MD; NINA RIORDAN, MD; HERB AMES, PhD; SAMUEL L. ATTIA, MD; INESSA KALINOVSKAYA-RAMSEY, MD; CAROL Y. CHIANG, MD; MERIT HEALTH HOSPITAL-BILOXI; BAPTIST MEDICAL CENTER OF JACKSONVILLE; GENESIS REHABILITATION HOSPITAL, INC.; WISCONSIN PHYSICIANS SERVICES; KATHRYN C. PRIFTI, ARNP; CAMELLIA HOME HEALTH OF ALABAMA, LLC; BRENT S. MARTIN; ANTHONY M. MARTINO; JON D. SIMMONS; LINDA DING; DEPARTMENT OF NAVY JAG OFFICE; TALHA MAHMUT KANER, MD; WALTER WADE; RUSSELL DEAN BROWN, PT, DPT; NICHOLAS JOSEPH PASTOREK, MD; KIIMBERLY K. WOODS; DR. PHAM MINH, MD; DR. JOHN ISAAC; DR. BARBARA C. SCHROEDER; TU-ANH N. HA; CRYSTAL D. THOMAS, MD; PHYSICAL MEDICINE SPECIALISTS, INC.; ST. VINCENT'S SPINE & BRAIN INSTITUTE; ROCKY MOUNTAIN HOLDINGS, LLC; ROSA E. RAMOS-MARTINEZ, MD; USA RADIOLOGY; DR. MARGARET H. MALLORY; SPECIALTY CARE IN BRENTWOOD TENNESSEE; USA HEALTH PHYSICIANS BILLING SERVICES, LLC; UF HEALTH SURGERY-JACKSONVILLE; THE HEALING CENTER OF JACKSONVILLE; PIERCE CHIROPRACTIC AND REHABILITATION-JACKSONVILLE; BAPTIST MEDICAL CENTER BEACHES; DR. KEISHA SMITH-REED; MEMORIAL

HOSPITAL JACKSON; THE MAYO CLINIC JACKSON; MEMORIAL HOSPITAL JACKSON; OPTUM UNITED HEALTH CARE; CENTERS FOR MEDICARE AND MEDICAID SERVICES; AIRMETHODS CORPORATION; MASTIN SURGICAL SPECIALISTS; CHARLES C. BUTTS, M.D; SHIKHA GUPTA, M.D.; YANN-LEE L. LEE, M.D.; GEORGE REGIONAL HOSPITAL; GEORGE REGIONAL HEALTH SYSTEMS FOUNDATION; NORTH FLORIDA PRIMARY ASSOCIATES, LLC; BROOKS REHABILITATION CLINICAL RESEARCH CENTER, INC; PHYSICIANS ONLINE, INC.; OPTUM HEALTH CARE SOLUTIONS, LLC; UNITED HEALTH CARE OF ALABAMA, INC.; HUMANA MILITARY – TRICARE HEALTH PLAN; C2C INNOVATIVE SOLUTIONS QIC PART A EAST APPEALS, and fictitious Defendants A through Z, may claim an interest in the subject insurance policy proceeds based upon medical services provided to or paid on behalf of Defendants/claim holders Raymond Edward Shea and Pauline D. Shea.

122.    At the time of the accident, Government Employees Insurance Company provided Raymond Edward Shea and Pauline D. Shea an insurance policy containing various coverages.  The total amount of uninsured motorist bodily injury liability coverage available under said policy of insurance is $300,000.00 for a single accident.  Upon information and belief, each of the above Defendants/Claimants may claim that uninsured fictitious Defendant caused the above described accident and all other subsequent injuries and damages sustained by each as a result thereof and/or claim they are entitled by statute of some other authority to all or a portion of the insurance policy proceeds interpled herein.

123.   Without admitting and specifically denying liability, Government Employees Insurance Company, seeks to interplead the above described insurance proceeds in the amount of THREE HUNDRED THOUSAND and 00/100 DOLLARS ($300,000.00) into the The United States District for the Southern District of Alabama.

124.   Named as Defendants/Claimants are the known potential claimants that Government Employees Insurance Company has been made aware.

By reason of conflicting claims of the above-mentioned parties, Government Employees Insurance Company is in great doubt as to which Defendant/Claimants, if any, are entitled to be paid out of the aforementioned insurance policy benefits, and what amount, if any, should be made payable to each Defendant/Claimant.

### **RELIEF SOUGHT**

125.   Based on the foregoing, it is Government Employees Insurance Company's intention to interplead its policy limits of THREE HUNDRED THOUSAND and 00/100 DOLLARS ($300,000.00) into The United States District Court for the Southern District of Alabama, and to obtain in exchange therefore a Release and Discharge of Liability on behalf of itself and its insured, Raymond Edward Shea and Pauline D. Shea.

126.   Pursuant to this interpleader, Government Employees Insurance Company seeks to join all claimants and potential claimants in this action.

127. Government Employees Insurance Company claims no beneficial interest in the insurance proceeds but is merely a stakeholder.

128. Because Government Employees Insurance Company cannot determine which of the claimants, if any, are entitled to the insurance benefits, it cannot distribute any of the benefits without danger of being compelled to make multiple payments. Government Employees Insurance Company believes it is in its best interest to interplead the insurance proceeds to this Honorable Court to avoid double or multiple liability, and to allow the possible claimants to challenge distribution of the insurance proceeds under supervision of the Court, in exchange for receiving a Release and Discharge of any and all Liability. Government Employees Insurance Company herein requests this Honorable Court to adjudge that each of the Defendants/Claimants be restrained from instituting any further action against Government Employees Insurance Company for the amount of recovery of this insurance policy or any part thereof, and that any actions previously taken against Raymond Edward Shea, Pauline D. Shea or Government Employees Insurance Company be stayed pending the outcome of this interpleader action. Further, Government Employees Insurance Company requests that the Defendants/Claimants be required to interplead and settle between themselves their right to these proceeds under the insurance policy, and that Government Employees Insurance Company and Raymond Edward Shea and Pauline D. Shea be discharged from any and all liability related to this accident.

Done this the 13th day of December, 2021.

Respectfully submitted,

S/    *Steven P. Savarese, Jr.*                    .
STEVEN P. SAVARESE, JR. (SAVAS5286)
*Attorney for Interpleader*
*Government Employees Insurance*
*Company*

**OF COUNSEL:**

Holtsford, Gilliland, Higgins,
    Hitson & Howard, P.C.
Merritt Building II
6483 Van Buren Street
Daphne, AL 36526
(251) 447-0234 – telephone
(251) 447-0212 – facsimile
ssavarese@hglawpc.com

**Please Serve Defendants/Claimants by CERTIFIED MAIL as follows:**

Raymond Edward Shea
33 Holmes Street
Lucedale, MS 39452

Pauline D. Shea
33 Holmes Street
Lucedale, Mississippi 39452

USA Health University Hospital
2451 University Hospital Drive
Mobile, Alabama 36617

USA Neurology Specialists
Strada Patient Care Center – Suite 2E
1601 Center Street
Mobile, Alabama 36604

USA Neurosurgery Specialists
And/or Walter G. Rusyniak Jr., MD
Strada Patient Care Center – Suite 2D
1601 Center Street
Mobile, Alabama 36604

Shani K. Norberg, MD
200 University Avenue E
Saint Paul, Minnesota 55101-2507

Brandi L. Parlee, MSN
Springhill Physicians Practices
3715 Dauphin Street, Suite 7A
Mobile, Alabama 36608-1775

Springhill Physicians Practices
3715 Dauphin Street, Suite 7A
Mobile, Alabama 36608-1775

Brandi L Parlee, MSN
University of South Alabama Medical Center
3715 Dauphin Street, Suite 7A
Mobile, Alabama 36608-1775

Lifeguard Ambulance Service, LLC
22 Midtown Park W
Mobile, Alabama 36606-4148

Natalya V. Bulaeva, MD
1750 Stockton Street
Jacksonville, Florida  32204

Geneva L Tonuzi, MD
3901 University Blvd. South, Suite #103
Jacksonville, Florida 32216

Paresh Lalcheta, MD
6885 Belfort Oaks Place, Suite 230
Jacksonville, Florida  32216-6283

Michelle Scott, ARNP
1200 Riverplace Blvd Suite 620
Jacksonville, Florida 32207-9046

Deborah Davis, ARNP
10151 Deerwood Park Blvd, Suite 200-250
Jacksonville, Florida  32256-0589

Kristen Donor, ARNP
3901 University Blvd S, Suite 103
Jacksonville, Florida  32216-4312

Brian Yorkgitis, DO
655 W 8th Street
Jacksonville, Florida  32209-6511

Amanda B. Peacock, ACNP
3 Shircliff Way, Suite 714
Jacksonville, Florida  32204-4757

Margaret E. Seymour, MD PA
8773 Perimeter Park Court
Jacksonville, Florida  32216-1165

Keisha Smith-Read, MD
3720 Beach Blvd
Jacksonville, Florida  32207-3814

Lauren Roberts, MS, LPC
303 Williams Avenue SW, Suite 221
Huntsville, Alabama 35801-6001

Kai J Rodning, MD
Springhill Medical Center, Anesthesia Dept.
3719 Dauphin Street
Mobile, Alabama 36608-1753

Springhill Medical Center, Anesthesia Dept.
3719 Dauphin Street
Mobile, Alabama 36608-1753

Ronald Brooks, M.S.W.
2409 Homer Clayton Drive
Guntersville, Alabama 35976-2207

Mark B. Wall, MD PA
150 Reynoir Street
Biloxi, Mississippi 39530-4130

Patricia M. Jackson, MD, LLC
Internal Medicine
111 Medical Center Blvd, Suite N408
Marrero, Louisiana  70072

Bulaeva Natalya, MD
1750 Stockton Street
Jacksonville, Florida  32204

Brooks Rehabilitation Hospital, Inc.
(Brooks Rehabilitation Centers)
3599 University Blvd S
Jacksonville, Florida  32216-4252

ASAP EMS Corporation (a/k/a American Medical Response)
4270 Main Street
Lucedale, Mississippi 39452

University Of Florida Jacksonville Physicians, Inc.
653 W 8th Street
Jacksonville, Florida  32209-6511

Humana Military Tricare Health Plan
c/o Humana Military Privacy Office
Post Office Box 740062
Louisville, Kentucky 40201-7462

University of Florida Health
653 West 8th Street
Jacksonville, Florida  32209

USA SouthFlight
10101 Moffett Road
Mobile, Alabama  36575
251-645-6481

Medicare BCC, Written Authorization Dept.
Post Office Box 1270
Lawrence, Kansas  66044

Brad A. Steffler, MD
2451 Fillingim Street
Mobile, Alabama 36617-2238

Houston VA - Department Of Veteran Affairs
2002 Holcombe Blvd
Mail Stop: 580/HIMS
Houston, Texas 77030

Sarah Beckwith, Ph.D. (Psychologist, spinal cord injury care line)
2002 Holcombe Blvd
Houston, Texas  77030-4211

Gabriela Austgen, MD
1 Baylor Plz #BCM350
BCM Department of Psychiatry
Houston, Texas  77030-3411

Suzanne D Lopez, MPH, RD
2002 Holcombe Blvd
Houston, Texas  77030-4211

Joseph Roys, MD (Surgery resident)
1 Baylor Plz
Houston, Texas  77030-3411

Sally Ann Holmes MD (SCI Care Line Executive/MEDVAMC)
2002 Holcombe Blvd
Spinal Cord Injury Care Line (128)
Houston, Texas 77030

Margaret H. Mowry, MD
2451 Fillingim Street
Mobile, Alabama 36617-2238

Robert B. Parke MD
6550 Fannin Street
Suite 1701-ATT Renee Brown
Houston, Texas  77030-2717

Nina Riordan, MD
1 Baylor Plaza
Houston, Texas 77030-3411

Herb Ames, Ph.D.
2002 Holcombe Blvd, 116 SDVR
Houston, Texas 77030-4211

Samuel L Attia, MD
3336 Plainview Street
Pasadena, Texas  77504-1906

Inessa Kalinovskaya-Ramsey, MD.
Veterans Affairs Gulf Coast Veterans Health Care System
400 Veterans Avenue
Biloxi, Mississippi 39531

Carol Y. Chiang, MD
Michael E. DeBakey Veterans Affairs Medical Center
2002 Holcombe Boulevard
Houston, Texas  77030

Merit Health Hospital (Biloxi, MS)
Biloxi HMA LLC
150 Reynoir Street
Biloxi, MS 39530-4130

Baptist Medical Center of Jacksonville
LBN Southern Baptist Hospital of Florida, Inc.
800 Prudential Drive
Jacksonville, Florida  32207-8202

Genesis Rehabilitation Hospital Inc
6400 Brooks Bartram Drive
Jacksonville, Florida  32258

Wisconsin Physicians Service
125 Hospital Drive
Watertown, Wisconsin 53098-3303

Kathryn C. Prifti, ARNP
7011 A C Skinner Parkway Suite 160
Jacksonville, Florida  32256-6953

Camellia Home Health Of Alabama, LLC
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

Brent S. Martin
1601 Center Street
Mobile, Alabama 36604

Anthony M. Martino
1601 Center Street
Mobile, Alabama 36604

Jon D. Simmons
2451 University Hospital Drive
Mastin 101
Mobile, Alabama 36617

Linda Ding
1321 Colby Avenue
Everett, Washington 98201

Department of Navy JAG Office
1322 Patterson Avenue SE
Suite 3000
Washington, DC 20374

Talha Mahmut Kaner, MD
6431 Fannin Street
Houston, Texas 77030

Walter H. Wade, MD
2002 Holcombe Boulevard
Houston, Texaas  77030

Russell Dean Brown, PT, DPT
5500 E Kellogg Drive
Wichita, Kansas 67218

Nicholas Joseph Pastorek, Md
2002 Holcombe Boulevard
Rehabilitation Care Line
Houston, Texas 77030

Kiimberly K. Woods
Houston VA - Department Of Veteran Affairs
2002 Holcombe Blvd
Mail Stop: 580/HIMS
Houston, Texas 77030

Dr. Pham Minh, MD
Houston VA - Department Of Veteran Affairs
2002 Holcombe Blvd
Mail Stop: 580/HIMS
Houston, Texas 77030

Dr. John Issac
Houston VA - Department of Veteran Affairs
2002 Holcombe Blvd
Mail Stop: 580/HIMS
Houston, Texas 77030

Dr. Barbara C. Schroeder
Houston VA - Department of Veteran Affairs
2002 Holcombe Blvd
Mail Stop: 580/HIMS
Houston, Texas 77030

Tu-Anh N. Ha
Houston VA - Department of Veteran Affairs
2002 Holcombe Blvd
Mail Stop: 580/HIMS
Houston, Texas 77030

Crystal D. Thomas, MD
Houston VA - Department of Veteran Affairs
2002 Holcombe Blvd
Mail Stop: 580/HIMS
Houston, Texas 77030

Physical Medicine Specialists, Inc.
3901 University Boulevard
Suite 103
Jacksonville, Florida  32216

Amanda Peacock
St. Vincent's Spine & Brain Institute
3 Shircliff Way
Jacksonville, Florida 32204

Rocky Mountain Holdings, LLC
Post Office Box 103
Jacksonville, Florida  32216

Rocky Mountain Holdings, LLC
364 Airport Road
Sylacauga, AL 35151

Rosa E. Ramos-Martinex, MD
Houston VA - Department of Veteran Affairs
2002 Holcombe Blvd
Mail Stop: 580/HIMS
Houston, Texas 77030

USA Radiology
2451 University Hospital Drive
Mobile, Alabama 36617

Specialty Care in Brentwood, TN
3 Maryland Farms #200
Brentwood, Tennessee 37027

Dr. Shani Norberg
Specialty Care in Brentwood, TN
3 Maryland Farms #200
Brentwood, Tennessee 37027

USA Health Physicians Billing Services, LLC
1601 Center Street
Mobile, Alabama 36604

UF Health Surgery-Jacksonville
UF Health Surgery - Jacksonville
655 W 8th Street
Jacksonville, Florida  32209-6511

The Healing Center of Jacksonville
8773 Perimeter Park Court
Jacksonville, Alabama 32216

Pierce Chiropractic and Rehabilitation-Jacksonville
8773 Perimeter Park Court
Jacksonville, Florida 32216

Baptist Medical Center Beaches
1350 13th Avenue South
Jacksonville, Florida 32250

Dr. Keisha Smith-Reed
1350 13th Avenue South
Jacksonville, Florida 32250

Memorial Hospital Jackson
1611 N.W. 12th Avenue
Miami, Florida 33136

The Mayo Clinic Jackson
4500 San Pablo Road South
Jacksonville, Florida 32224

Memorial Hospital Jackson
1611 N.W. 12th Avenue
Miami, Florida 33136

Optum United Health Care
OptumHealth Care Solutions, LLC
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

Centers For Medicare And Medicaid Services
Post Office Box 7520
Baltimore, Maryland 21244

AirMethods Corporation
5500 S Quebec St
Greenwood Village, CO  80111

Mastin Surgical Specialists
2451 University Hospital Dr. Suite 101
Mobile, AL 36617

Charles C. Butts M.D.
2451 University Hospital Drive Mastin 101
Mobile, Al 36617-2300

Shikha Gupta M.D.
2451 Fillingim St
Mobile, Al 36617-2238

Yann-Lee L Lee M.D.
2451 University Hospital Drive Mastin 101
Mobile, Al 36617-2300

George Regional Hospital
859 Winter St.
Lucedale, MS, 39452

George Regional Health System Foundation
859 Winter Street
Lucedale, MS 39452

North Florida Primary Associates, LLC
6885 Belfort Oaks Pl, Unit 230,
Jacksonville, Fl 32216

Brooks Rehabilitation Clinical Research Center, Inc.
3599 University Blvd South
Jacksonville, Fl 32216

Physicians Online, Inc.
9050 Cypress Green Dr, Suite 104
Jacksonville, Fl 32256-5517

Centers for Medicare & Medicaid Services
Attn; Benefits Coordination & Recovery Center
P.O. Box 138832
Oklahoma City, OK 73113

Department of the Navy Office of the Judge Advocate General Naval Air Station
Jacksonville
Attn: CNRSE SJA Office – Commander-Navy Region Southeast,
P.O. Box 102
Jacksonville, FL 32212-0102

Judge Advocate General Corps of the United States Department of the Navy,
JAG - VADM Darse E. Crandall, Jr. DJAG – Christopher C. French,
The Washington Navy Yard,
Washington, DC 20003

OptumHealth Care Solutions, LLC
2 North Jackson St., Suite 605,
Montgomery, Al 36104

United Healthcare of Alabama, Inc.
22 Inverness Center Parkway, Ste. 350
Birmingham, AL  35242

Humana Military – Tricare Health Plan
P.O. Box 740062
Louisville, KY 40201-7462

C2C Innovative Solutions QIC Part A East Appeals
P.O. Box 4305
Jacksonville, FL, 32232-5305