IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAYMOND EDWARD SHEA, *et al.* )<br>)<br>Defendants. ) | CIV. ACT. NO. 1:21-cv-541-TFM-B |

## **ORDER**

Pending before the Court is the Plaintiff's Motion to Dismiss With Prejudice Defendants USA Health University Hospital pursuant to Fed. R. Civ. P. 41(a)(2). *See* Doc. 599. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss an action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). A request to dismiss an action requires a court order and dismissal by terms the court considers "proper" if Fed. R. Civ. P. 41(a)(1) does not apply. FED. R. CIV. P. 41(a)(2).

This matter involves multiple parties and Plaintiff petitions the Court to dismiss some (but not all) of the remaining named defendants and only Plaintiff has signed the motion, Plaintiff submits this motion under Fed. R. Civ. P. 41(a)(2). The Court has extensively discussed the authority to dismiss individual defendants under Rule 41(a)(2) in prior orders of this case and incorporates the analysis herein. In sum, the Court finds it may still dismiss <u>all</u> claims against a <u>less than all</u> defendants in a multi-defendant action under Fed. R. Civ. P. 41(a)(2) when requested by a plaintiff so long as it is the entirety of the action against those defendants.

Defendant USA Health University Hospital filed a Notice of Waiver of Claim to Interpled

Funds on February 28, 2023. *See* Doc. 565. Though the notice is signed by counsel, the document clearly notes that the signatory is the attorney for the defendant and it clear that this defendant makes no claim in this action to the funds at issue. As this named defendant has disclaimed any interest in the insurance proceeds at issue in this case, Plaintiff's motion to dismiss (Doc. 599) is **GRANTED** and this particular defendant is **DISMISSED with prejudice** with each party to bear their own attorney's fees and costs.

It is further **ORDERED** that this defendant is barred from bringing any all future claims, demands, damages (compensatory or punitive), actions, causes of action, statutory actions, contractual benefits, or suits of any kind or nature whatsoever on account of the lawsuit which is described as *Government Employees Insurance Company, as Insurer of Raymond Edward Shea and Pauline D. Shea v. Raymond Edward Shea, et al.*, Civ. Act. No. 1:21-cv-541-TFM-B (S.D. Ala.) and from making any future claims under Plaintiff Government Employee Insurance Company's policy of insurance which provided coverage and was in effect during the June 23, 2020, accident which was the basis of the Plaintiff's Complaint (Doc. 1).

This case remains pending against the remaining Defendants.

**DONE** and **ORDERED** this the 30th day of March 2023.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE