IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

GOVERNMENT EMPLOYEES INSURANCE COMPANY,
as Insurer of RAYMOND EDWARD
SHEA and PAULINE D. SHEA,

    Plaintiffs,

vs.                                                  Case No. 1:21-cv-00541-TFM-B

RAYMOND EDWARD SHEA and PAULINE D. SHEA; et al,

    Defendants.

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, GOVERNMENT EMPLOYEES INSURANCE COMPANY, request that entry of judgment by default be entered against Defendant **Margaret E. Seymour** pursuant to Federal Rules of Civil Procedure 55 B. In support of this request, Plaintiff relies upon the record in this case and the Affidavit submitted herein.

Dated this 9th day of August, 2023.

                                              Respectfully submitted,

                                              _S/  Frederick W. Killion, IV_  .
                                              STEVEN P. SAVARESE, JR. (SAVAS5286)
                                             FREDERICK W. KILLION, IV (KILLF4959)
                                             _Attorneys for Interpleader_
                                             _Government Employees Insurance Company_

OF COUNSEL:

Holtsford Gilliland Hitson
Howard Stevens Tuley & Savarese, P.C.
Merritt Building II
6483 Van Buren Street
Daphne, Alabama 36526
(251) 447-0234 – telephone
(251) 447-0212 – facsimile
ssavarese@hglawpc.com
wkillion@hglawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of August, 2023, electronically filed the foregoing, which will send notification of the filing to all counsel of record, including:

Douglas L. Anderson, Esq.
Catherine Simon Spann, Esq.
Burr & Forman, LLP
11 North Water Street, Suite 22200
Mobile, Alabama 36602
cspann@burr.com
*Attorneys for George Regional Health System Foundation and George Regional Hospital*

Francys Martin, Esq.
8538 SW 61 Place
Gainesville, Florida 32608
ltc@phm-law.com
*Attorney for air and University of Florida Health*

Keith A. Jones, Esq.
DOJ-USAO
U.S. Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 32502
keith.jones2@usdoj.gov
*Attorney for Centers for Medicare and Medicaid Services, Department of Veteran Affairs, Secretary of the United States Department of Health and Human Services, Secretary of the United States Department of Veteran Affairs*

Rebecca Ann Young, Esq.
Wilson Elser
1500 Urban Center Drive, Suite 450
Vestavia Hills, Alabama 35242
Rebecca.young@wilsonelser.com
*Attorney for Dr. Barbara C. Schroeder*

William Allen Sheehan, Esq.
Post Office Box 2069
Montgomery, Alabama 36102
Allen.sheehan@chlaw.com
*Attorney for AirMethods Corporation and Rocky Mountain Holdings, Inc.*

Brandi L Parlee, MSN
University of South Alabama Medical Center
3715 Dauphin Street, Suite 7A
Mobile, Alabama 36608-1775

Amanda B. Peacock, ACNP
3 Shircliff Way, Suite 714
Jacksonville, Florida 32204-4757

Margaret E. Seymour, MD PA
8773 Perimeter Park Court
Jacksonville, Florida 32216-1165

Brad A. Steffler, MD
2451 Fillingim Street
Mobile, Alabama 36617-2238

Nina Riordan, MD
1 Baylor Plaza
Houston, Texas 77030-3411

Merit Health Hospital (Biloxi, MS)
Biloxi HMA LLC
150 Reynoir Street
Biloxi, MS 39530-4130

Brent S. Martin
1601 Center Street
Mobile, Alabama 36604

Talha Mahmut Kaner, MD
6431 Fannin Street
Houston, Texas 77030

Dr. John Issac
Houston VA - Department of Veteran Affairs
2002 Holcombe Blvd
Mail Stop: 580/HIMS
Houston, Texas 77030

Tu-Anh N. Ha
Houston VA - Department of Veteran Affairs
2002 Holcombe Blvd
Houston, Texas 77030

Amanda Peacock
St. Vincent's Spine & Brain Institute
3 Shircliff Way
Jacksonville, Florida 32204

Dr. Keisha Smith-Reed
1350 13th Avenue South
Jacksonville, Florida 32250

Yann-Lee L Lee M.D.
2451 University Hospital Drive Mastin 101
Mobile, AL 36617-2300

United Healthcare of Alabama, Inc.
22 Inverness Center Parkway, Ste. 350
Birmingham, AL  35242

                                          *S/  Frederick W. Killion, IV*
                                          OF COUNSEL